# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JERAMYE HOBBS,
ADC #164590                                                                  PLAINTIFF

v.                          Case No. 5:18-cv-00198-KGB/PSH

WENDEY KELLEY, *et al.*                                                      DEFENDANTS

## ORDER

The Court has received the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 8). No objections have been filed, and the time to file an objection has passed. Also before the Court are plaintiff Jeramye Hobbs' motions for refund (Dkt. No. 9, 10). In both motions, Mr. Hobbs seeks a refund of the amount that was taken out of his account for the filing fee (*Id.*). Mr. Hobbs also states that he is "no longer pursuing [this] legal matter with" the Court (*Id.*). Accordingly, the Court does not construe Mr. Hobbs' motions for refund as objections to the Proposed Findings and Recommendation.

In the Initial Order for Pro Se Prisoner Plaintiffs, Judge Harris informed Mr. Hobbs that "the entire filing fee will be collected, even if your lawsuit is dismissed." (Dkt. No. 5, at 2). In the Order from August 21, 2018, after Mr. Hobbs' motion for leave to proceed *in forma pauperis* was granted, Judge Harris stated the following regarding the payment of the filing fee:

> The Court assesses an initial partial filing fee of $7.50. Hobbs will be obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to his prison trust account each time the amount in the account exceeds $10.00. Hobbs' custodian is requested to send the Clerk of the Court the initial partial filing fee and monthly payments from his prison trust account when the amount exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

(Dkt. No. 7, at 1). Because Mr. Hobbs is required to pay the entire filing fee even though he does not seek to continue this lawsuit, the Court denies his motions for refund (Dkt. Nos. 9, 10).

After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 8). Accordingly, the Court dismisses without prejudice Mr. Hobbs' complaint (Dkt. No. 2).

So ordered this 10th day of September, 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge