IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JERAMYE HOBBS,**
**ADC #164590**                                                                                    **PLAINTIFF**

**v.**                        Case No. 5:18-cv-00198-KGB/PSH

**WENDEY KELLEY,** *et al.*                                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Jeramye Hobbs' complaint is dismissed without prejudice.

So adjudged this the 10th day of September, 2019.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge